Berj K. Parseghian (Cal. Bar No. 200932)
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, New York 10170
Telephone: (332) 345-4500 x1695
Email: bparseghian@lippes.com

*Attorneys for Defendant*
*Monterey Financial Services, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROSS,<br><br>        Plaintiff,<br>    v.<br><br>MONTEREY FINANCIAL SERVICES, LLC,<br><br>        Defendant. | Case No.: 3:25-cv-01000 BEN MMP<br><br>**PROOF OF SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT** |

1  I, Berj K. Parseghian, declare as follows:

2  I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is 420 Lexington Avenue, Suite 2005, New York, New York 10170.

On April 23, 2025, I filed the within Notice of Removal to Federal Court with the clerk of the Superior Court of the State of California, County of San Diego, and served a copy on all counsel of record. Conformed copies of the Notice of Removal to Federal Court and Proof of Electronic Service showing delivery by email to all counsel of record is attached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 25, 2025 at New York, New York.

                                            s/ *Berj K. Parseghian*
                                                  Berj K. Parseghian