BERJ K. PARSEGHIAN (Cal. Bar No. 200932)
**LIPPES MATHIAS LLP**
420 Lexington Ave Suite 2005
New York, New York 10170
Telephone: (332) 345-4500 ext. 1695
E-Mail: bparseghian@lippes.com

Attorneys for Defendant
Monterey Financial Services, LLC

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
4/23/2025 12:05:15 PM

Clerk of the Superior Court
By E. Fernandez, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO

| | |
|---|---|
| DAVID ROSS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MONTEREY FINANCIAL SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 25CU008993N<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Judge:　Hon. Earl H. Maas III<br>Dept.:　NC-28<br><br>Action Filed:　February 19, 2025 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

　　PLEASE TAKE NOTICE that on April 23, 2025, defendant Monterey Financial Services, LLC filed a Notice of Removal in the United States District Court for the Southern District of California. A true and correct copy of the Notice of Removal is attached as Exhibit A and is served and filed herewith.

　　PLEASE TAKE FURTHER NOTICE that, by filing the Notice of Removal, and by the filing herein of this Notice of Removal to Federal Court and a copy of the Notice of Removal, the above-entitled action has been removed from this Court to the United States District Court for the

/ / /

/ / /

/ / /

1  Southern District of California pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and this Court may
2  proceed no further unless and until the case is remanded.
3  DATED:  April 23, 2025                LIPPES MATHIAS LLP
4
5                                              By: _____
6                                                  BERJ K. PARSEGHIAN
                                                   Attorneys for Defendant
7                                                  Monterey Financial Services, LLC

LIPPES MATHIAS LLP

Berj K. Parseghian (Cal. Bar No. 200932)
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, New York 10170
Telephone: (332) 345-4500 x1695
Email: bparseghian@lippes.com

*Attorneys for Defendant*
*Monterey Financial Services, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROSS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MONTEREY FINANCIAL SERVICES, LLC,<br><br>　　　　　Defendant. | Case No.: **'25CV1000 BEN MMP**<br><br>**NOTICE OF REMOVAL** |

Defendant Monterey Financial Services, LLC ("Monterey"), by filing this Notice of Removal and related papers, hereby removes the above-entitled action from the Superior Court of the State of California for the County of San Diego to the United States District Court for the Southern District of California pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 based on federal question jurisdiction.

In support of this Notice of Removal, Monterey asserts the following:

1. On February 19, 2025, Plaintiff David Ross ("Plaintiff") filed a Complaint in the Superior Court of the State of California for the County of San Diego entitled *David Ross v. Montgomery Financial Services, LLC*, Case No. 25CU008993N.

2. On March 14, 2025, Plaintiff filed an amendment to the Complaint to correct the named defendant to Monterey Financial Services, LLC.

- 1 -
**DEFENDANT MONTEREY FINANCIAL SERVICES, LLC'S NOTICE OF REMOVAL**

3. On March 26, 2025, Monterey was served with Plaintiff's Complaint.

4. In the Complaint, Plaintiff alleges that he is a resident of the State of Pennsylvania. *See* Complaint, ¶ 2.

5. Defendant is a California limited liability company with a principal place of business in the State of California.

6. Defendant desires to exercise its right to remove the state court action under 28 U.S.C. § 1441(a), which provides in pertinent part:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

7. Plaintiff's Complaint alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.,* (the "FDCPA") and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 *et seq.*

8. Plaintiff's Complaint seeks actual and statutory damages.

9. Based on Plaintiff's claim under the FDCPA, this Court has original subject matter jurisdiction based on federal question jurisdiction pursuant to 28 U.S.C. § 1331, and this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a). This Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367. *See Palmer v. Citizens Bank, N.A.*, 2021 WL 639023, at *1 (N.D. Cal. Jan. 15, 2021).

10. Notice of removal is being filed within 30 days after service of the Complaint upon Monterey and, therefore is timely pursuant to 28 U.S.C. § 1446(b).

11. Pursuant to 28 U.S.C. § 1441(a), venue is proper because San Diego County lies within the Southern District of California.

12. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint and amendment served upon Defendant in the state court action is attached hereto as **Exhibit A**.

13. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly serve a copy of this Notice of Removal on Plaintiff and will promptly file a copy with the clerk of the state court where the case is filed. Upon service of this Notice on Plaintiff, Defendant will file a Proof of Service with this Court.

14. Defendant reserves the right to amend or supplement this Notice of Removal and further reserves the right to raise all defense and objections.

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and 1367, Defendant Monterey Financial Services, LLC removes this action in its entirety from the Superior Court of the State of California for the County of San Diego to the United States District Court for the Southern District of California.

DATED: April 23, 2025

**LIPPES MATHIAS LLP**
*/s/ Berj K. Parseghian*
Berj K. Parseghian
*Attorneys for Defendant Monterey Financial Services, LLC*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| ROBERT SIBILIA S.B.N 126979<br>P.O. Box 861<br>Oceanside, CA 92049<br>TELEPHONE NO.: (760) 666-1151   FAX NO. (Optional):<br>EMAIL ADDRESS (Optional): robert@oceansidelawcenter.com<br>ATTORNEY FOR (Name): DAVID ROSS | ELECTRONICALLY FILED<br>Superior Court of California,<br>County of San Diego<br>3/13/2025 1:43:03 PM<br>Clerk of the Superior Court<br>By S. Alton Thurston, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☐ CENTRAL DIVISION. HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101
☒ NORTH COUNTY DIVISION, 325 S. MELROSE DR., SUITE 1000, VISTA, CA 92081

| PLAINTIFF(S)<br>DAVID ROSS | JUDGE<br>Earl H Maas III |
|---|---|
| DEFENDANT(S)<br>MONTGOMERY FINANCIAL SERVICES, LLC | DEPT |
| **AMENDMENT TO COMPLAINT** | CASE NUMBER<br>25CU008993N |

Separate forms are required if attempting to file an amendment under Code of Civil Procedure section 473 and 474. Additionally, only one party may be addressed on each form.

☐ **Amendment under Code of Civil Procedure section 474: Fictitious Name** (Court order required once case is at issue)

Plaintiff(s), being ignorant of the true name of a defendant when the complaint in the above-named case was filed, and having designated defendant in the complaint by the fictitious name of _____

_____,

and having discovered the true name of defendant to be _____

_____,

amends the complaint by inserting such true name in place of such fictitious name wherever it appears in the complaint.

Date: _____                                             _____
                                                                                                              Signature

☒ **Amendment under Code of Civil Procedure section 473: Name - Correct or Add** (Court order required)

1. Plaintiff(s) filed the complaint and named ☒ defendant ☐ plaintiff as MONTGOMERY FINANCIAL SERVICES, LL

2. Plaintiff(s) discovered the (select one):
   a. ☒ name listed in item 1 to be incorrect, and amends the complaint by substituting the correct name of:
      MONTEREY FINANCIAL SERVICES, LLC
      wherever the name listed in item 1 appears in the complaint.

   b. ☐ name listed in item 1 uses an additional name and amends the complaint by adding the additional name of:
      _____
      wherever the name listed in item 1 appears in the complaint.

Date: 03/06/2025                                                       /s/ROBERT SIBILIA
                                                                                                              Signature

**ORDER**

The above amendment to the complaint is allowed.

IT IS SO ORDERED.                                                                                                  st

Date: 3/14/2025                                                        _____[signature]_____
                                                                                       Judge/Commissioner of the Superior Court

SDSC CIV-012 (Rev. 8/23)                    **AMENDMENT TO COMPLAINT**                    Code Civ. Proc., §§ 473 & 474
Optional Form

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MONTGOMERY FINANCIAL SERVICES, LLC

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
DAVID ROSS

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
2/19/2025 5:24:39 PM

Clerk of the Superior Court
By M. Clemens, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Diego
325 S. Melrose Dr., Vista, CA 92081

**CASE NUMBER:** *(Número del Caso):*
25CU008993N

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ROBERT SIBILIA S.B.N. 126979 P.O. Box 861 Oceanside, CA 92049 Tel: (818) 478-8205 robert@oceansidelawcenter.com

DATE: 02/20/2025                Clerk, by  M. Clemens             , Deputy
*(Fecha)*                       *(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:
   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

ROBERT SIBILIA S.B.N. 126979
Oceanside Law Center
P.O. Box 861
Oceanside, CA 92049
Tel: (760) 666-1151
Fax: (818) 698-0300
Email: robert@oceansidelawcenter.com
Attorney for Plaintiff

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
2/19/2025 5:24:39 PM

Clerk of the Superior Court
By M. Clemens         ,Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF SAN DIEGO

DAVID ROSS,

    Plaintiff,

vs.

MONTGOMERY FINANCIAL SERVICES, LLC,       Defendant.

) Case No.  25CU008993N
)
) **COMPLAINT FOR:**
)
) 1. **VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C §1692** *et seq.*
) 2. **VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, CALIFORNIA CIVIL CODE §§ 1788.17**

### PLAINTIFF'S PETITION

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Plaintiff, David Ross ("Plaintiff") files this Original Petition complaining of Defendant, Montgomery Financial Services, LLC, for a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA") and in support thereof would show the Court as follows:

## PARTIES

1. Plaintiff is a natural person, who at all relevant times has resided in Blandon, Pennsylvania.

2. Defendant Montgomery Financial Services, LLC ("Montgomery" or "Defendant") is a corporation doing business in the State of California, with its corporate address as 74095 Avenida De La Plata, Oceanside, CA 92056 and is "debt collector" as the phrase is defined and applied under 15 U.S.C. §1692(a) of the FDCPA in that they regularly attempt to collect on debts primarily incurred for personal, family or household purposes.

## FACTUAL STATEMENT

3. On a date better known to Defendant, Claimant Ross allegedly incurred a debt.

4. The debt allegedly incurred was for personal, familial, and household purposes.

5. Within the last year, Defendant has made several collection attempts against Plaintiff concerning this personal debt including sending e-mails.

6. Defendant's communications to his email were becoming inconvenient location for Plaintiff to receive said communications.

7. Accordingly, on around March 2024, Plaintiff specifically unsubscribed from receiving Defendants emails.

8. Defendant intentionally disregarded Plaintiff's request and continued sending Plaintiff communications through inconvenient means via email.

## COUNT I

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692 *et seq.*

9. Plaintiff repeats, re-alleges, and re-asserts the allegations contained in the above paragraphs and incorporates them as if specifically set forth at length herein.

10. Defendant's actions are in violation of 15 U.S.C. § 1692c(a)(1).

## COUNT II
## VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, CALIFORNIA CIVIL CODE §§ 1788.17

11. Plaintiff repeats, re-alleges, and reincorporates the allegations contained in the paragraphs above and incorporates them as if set forth specifically herein.

12. The Rosenthal Act, California Civil Code § 1788.17, requires every creditor (Defendant) attempting to collect a consumer debt to comply with the provisions of "Sections 1692b to 1692j, inclusive, of, and shall be subject to the remedies in Section 1692k of Title 15 of the United States Code."

13. Defendant Montgomery's collection attempts violate 15 U.S.C. § 1692c(a)(1), and thereby also violate the Rosenthal Act, California Civil Code §§ 1788.17, as well as any other applicable provisions.

14. Montgomery's actions were knowing and willful.

15. As a result of Montgomery's wrongful collection practices, Plaintiff has been damaged and is entitled to relief.

WHEREFORE, Plaintiff, David Ross respectfully requests that this Court do the following for the benefit of Plaintiff:

    A. Enter judgment against Defendant for statutory and actual damages pursuant to the FDCPA and the Rosenthal Act;

    B. Enter judgment for injunctive relief stopping Defendant from using third party vendors;

    C. Award costs and reasonable attorneys' fees;

    D. Grant such other and further relief as may be just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated: February 19, 2025                Respectfully Submitted,

*/s/ Robert Sibilia*
ROBERT SIBILIA S.B.N. 126979
Oceanside Law Center
P.O. Box 861
Oceanside, CA 92049
Tel: (760) 666-1151
Fax: (818) 698-0300
Email: robert@oceansidelawcenter.com
Attorney for Plaintiff, David Ross

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ROSS, DAVID

### DEFENDANTS
MONTEREY FINANCIAL SERVICES, LLC

**(b)** County of Residence of First Listed Plaintiff: Berks County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Oceanside Law Center, PO Box 861, Oceanside, CA 92049    (760) 666-1151

Attorneys *(If Known)*
'25CV1000 BEN MMP
Lippes Mathias LLP, 420 Lexington Ave, Suite 2005, New York, NY 10170    (332) 345-4500

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- [x] 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1692

Brief description of cause:
Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE: April 23, 2025
SIGNATURE OF ATTORNEY OF RECORD: /s/ Berj K. Parseghian

**FOR OFFICE USE ONLY**
RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____