| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Berj K Parseghian SBN 200932<br>Lippes Mathias LLP<br>420 Lexington Ave Suite 2005<br>New York, NY 10170 | (332) 345-4500<br><br>Ref. No. or File No:<br>4403-00264 | ELECTRONICALLY FILED<br>Superior Court of California,<br>County of San Diego<br>4/23/2025 12:05:15 PM<br>Clerk of the Superior Court<br>By E. Fernandez   ,Deputy Clerk |
| ATTORNEY FOR   Defendant(s) | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO, - SAN DIEGO CIVIL - NORTH (EFILING)<br>325 S Melrose Dr. Vista<br>San Diego, CA 92081 | | |
| SHORT TITLE OF CASE:<br>Ross vs Montgomery Financial Services | | |
| **Proof of Electronic Service** | | CASE NUMBER:<br>25CU008993N |

1. I am at least 18 years old.

   a. My residence or business address is 420 Lexington Ave, New York, NY 10170

   b. My electronic service address is bparseghian@lippes.com

2. I electronically served the following documents:

| # | Title |
|---|---|
| 1 | Notice of Removal to Federal Court |
| 2 | Proof of Electronic Service |

3. I electronically served the documents listed in 2 as follows:

| # | Name | Email |
|---|---|---|
| 1 | SIBILIA, ROBERT | robert@oceansidelawcenter.com, robert@actionlawyer.com |

On: 04/23/2025        At: **12:04 PM**

Date: **04/23/2025**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Berj Parseghian                                        ► /S/ Berj Parseghian

---

Form Approved for Optional Use
Judicial Council of California
POS-050/EFS-050 [Rev. February , 2017]

**Proof of Electronic Service**
(Proof of Service/Electronic Filing and Service)

Cal. Rules of Court, rule 2.251
www.courts.ca.gov