Berj K. Parseghian (Cal. Bar No. 200932)
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, New York 10170
Telephone: (332) 345-4500 x1695
Email: bparseghian@lippes.com

*Attorneys for Defendant*
*Monterey Financial Services, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| DAVID ROSS,<br><br>　　　　Plaintiff,<br>　v.<br><br>MONTEREY FINANCIAL<br>SERVICES, LLC,<br><br>　　　　Defendant. | Case No.: 25-cv-1000-BJC-MMP<br><br>**DEFENDANT MONTEREY FINANCIAL SERVICES, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. Benjamin J. Cheeks<br>Hearing Date: August 14, 2026<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

LIPPES MATHIAS LLP

- 1 -

**DEFENDANT MONTEREY FINANCIAL SERVICES, LLC'S**
**MOTION FOR SUMMARY JUDGMENT**

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 14, 2026, Defendant Monterey Financial Services, LLC ("Monterey") will and hereby does move this Court, pursuant to Fed. R. Civ. P. 56, for an Order granting summary judgment as to Plaintiff David Ross's ("Plaintiff") claim under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq., and dismissing Plaintiff's claim under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788 et seq., without prejudice.

This Motion is made on the grounds that Monterey is not a "debt collector" within the meaning of the FDCPA, and Plaintiff's FDCPA claim fails as a matter of law. Because Monterey is entitled to summary judgment on Plaintiff's FDCPA claim, the Court should decline to exercise supplemental jurisdiction over, and dismiss, Plaintiff's RFDCPA claim.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities and Separate Statement of Undisputed Material Facts filed herewith, the declaration of Erin Crew and all exhibits thereto, all the pleadings, records and files herein, those matters of which the Court may take judicial notice, and upon such other oral and documentary evidence as may be presented in connection with this motion.

DATED:  July 10, 2025

**LIPPES MATHIAS LLP**

*/s/ Berj K. Parseghian*
Berj K. Parseghian
*Attorneys for Defendant*
*Monterey Financial Services, LLC*

- 2 -

**DEFENDANT MONTEREY FINANCIAL SERVICES, LLC'S**
**MOTION FOR SUMMARY JUDGMENT**

LIPPES MATHIAS LLP